**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 27, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00132-CV

---

## IN RE C.R.K., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-44278**

---

## MEMORANDUM OPINION

On February 28, 2022, relator C.R.K. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Clinton E. Wells, presiding judge of the 312th District Court of Harris County, to allow relator to have access to the reporter's record of Judge Wells' in-chambers interview with the child.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.